[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

MR

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

RECEIVED

MAR 0 3 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JOHN WILLIAMS

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

CITY OF CHICAGO POLICE

CHIEF OF CHICAGO POLICE

LARRY SNELLING

1 ONE UNNAMED CHICAGO POLICE

2 SECOND UNNAMED CHICAGO POLICE

4 CHANNEL 7 EYE WITNESS NEWS

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

1:25-cv-02222
Judge Virginia M. Kendall
Magistrate Judge Jeffrey Cole
PC 1

Case No: RANDOM / Cat. 3
(To be supplied by the <u>Clerk of this Court</u>)

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

   A. Name: JOHN WILLIAMS

   B. List all aliases: TONY SMITH, JOHN SANFORD, MICHEAL HARRIS

   C. Prisoner identification number: 20230715057

   D. Place of present confinement: COOK COUNTY JAIL

   E. Address: 2700 S CALIFORNIA CHICAGO IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
    (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: CHIEF OF CHICAGO POLICE: LARRY SNELLING

      Title: CHIEF POLICE

      Place of Employment: CITY OF CHICAGO POLICE OFFICER

   B. Defendant: ① UNNAMED CHICAGO POLICE OFFICER

      Title: CHICAGO POLICE OFFICER

      Place of Employment: CITY OF CHICAGO POLICE DEPARTMENT

   C. Defendant: ② UNNAMED CHICAGO POLICE OFFICER

      Title: CHICAGO POLICE

      Place of Employment: CITY OF CHICAGO POLICE DEPARTMENT

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: WILLIAMS -V- REED, ET AL., CASE NO: 11-CV-01434

    B. Approximate date of filing lawsuit: 2009 ~~2011~~ - JUN

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: JOHN WILLIAMS, AKA JOHN SANFORD, TONY SMITH

    D. List all defendants: DO NOT RECALL OTHER DENFENDANTS NAME BUT IN ALL IT WAS 9 DEFENDANTS

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): ~~NORTHEN~~ NORTHEN DISTRICT OF ILLINOIS

    F. Name of judge to whom case was assigned: JUDGE CHANG

    G. Basic claim made: EXCESSIVE FORCE

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): CASE SETTLED

    I. Approximate date of disposition: 8/22/2012

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

ADDitional

LIST ALL LAWSUITS YOU OR YOUR CO-PLAINTIFFS, IF ANY HAVE BEEN FILED IN ANY STATE OR FEDREAL COURT IN THE UNITED STATES.

A. NAME OF CASE AND DOCKET NUMBER # Williams V Charles Schauer, et al, Case 17-CV-02765

B. APPROXIMATE DATE OF FILING LAWSUIT: 2016

C. LIST ALL PLAINTIFFS: John Williams

D. LIST ALL DEFENDANT: Charles Schauer

E. COURT IN WHICH THE LAWSUIT WAS FILED, IF FEDREAL COURT NAME OF DISTRICT; if STATE COURT NAME COUNTY: N.D. Ill.

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED: Judge Gettleman, J

G. BASIC CLAIM MADE producing Fost Everdence

H. DISPOSITION OF CASE: Voluntarily dismissed.

I. APPORXIMATE DATE OF DISPOSITION Don't Recall

3

ADDitional

LIST ALL LAWSUITS YOU OR YOUR CO-PLAINTIFF. IF ANY HAVE FILED IN ANY STATE OR FEDERAL COURT IN THE UNITED STATES:

A. NAME OF CASE AND DOCKET NUMBER Williams-V- Galindo et al; CASE NO. 03-CV-00939

B. APPROXIMATE DATE OF FILING LAWSUIT: 2002?

C. LIST ALL PLAINTIFFS: John Williams

D. LIST ALL DEFENANTS: Galindo, can't Recall others

E. COURT IN WHICH THE LAWSUIT WAS FILED. IF FEDERAL COURT NAME OF DISTRICT; IF STATE COURT NAME COUNTY W.D. OK

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED TO: Russell, J

G. BASIC CLAIM MADE cross strip SEARCh

H. DISPOSITION OF CASE: Dismissed

I. APPROXIMATE DATE OF DISPOSITION 2024

7

Additional

LIST ALL LAWSUIT YOU OR YOUR CO-PLAINTIFF, IF ANY HAVE FILED IN ANY STATE OR FEDERAL COURT IN THE UNITED STATES

A. NAME OF CASE AND DOCKET NUMBER: Williams-V-Two Transporting officer, Case No. 17-CV-05115 (N.D.Ill)

B. APPROXIMATE DATE OF FILING LAWSUIT: 2016. 3

C. LIST ALL PLAINTIFFS: John Williams.

D. LIST ALL DEFENDANTS: Two Transporting officers

E. COURT IN WHICH THE LAWSUIT WAS FILED, IF FEDERAL COURT, NAME THE DISTRICT, IF STATE COURT NAME THE COUNTY
N.D. Ill

F. NAME OF JUDGE TO WHOM THE CASE WAS ASSIGNED
Judge, Chang, J

G. BASIC CLAIM MADE: C, U, P

H DISPOSITION OF THE CASE: Settled

I APPROXIMATE DATE OF DISPOSITION: 2017

ADDitional

LIST ALL LAWSUITS YOU AND YOUR CO-PLAINTIFFS, IF ANY HAVE FILED IN ANY STATE OR FEDREAL COURT IN THE UNITE STATES:

A. NAME OF CASE AND DOCKET NUMBER # Williams v Sgt For Riverdale Police, Case # 15-CV-06134

B. APPROXIMATE DATE OF FILING LAWSUIT 2013 ?

C. LIST ALL PLAINTIFFS John Williams

D. LIST ALL DEFENDANTS Dont Recall Name ?

E. COURT IN WHICH THE LAWSUIT WAS FILED, IF FEDREAL COURT NAME OF DISTRICT: IF STATE COURT NAME COUNTY
N.D. ILL

F. NAME OF JUDGE TO WHOM THE CASE WAS ASSIGNED Shadur, J.

G. BASIS CLAIM MADE C, U, P

H. DISPOSITION OF CASE Dismissed

I. APPROXIMATE DATE OF DISPOSITION ?

5

ADDitional

LIST ALL LAWSUITS YOU OR YOUR CO-PLAINTIFF, IF ANY HAVE FILED IN ANY STATE OR FEDERAL COURT IN THE UNITED STATE

A. NAME OF CASE AND DOCKET NUMBER: Williams V Dorothy Brown et al CASE NO. 16-CV-05840

B. APPROXIMATE DATE OF FILING LAWSUIT: _____

C. LIST ALL PLAINTIFFS: John Williams

D. LIST ALL DEFENDANTS: Dorothy Brown,

E. COURT IN WHICH THE LAWSUIT WAS FILED. IF FEDERAL COURT NAME OF DISTRICT: IF STATE COURT NAME COUNTY: N.D Ill

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGEND TO: Dont Recall ?

G. BASIC CLAM MADE: ?

H. DISPOSITION OF CASE: dismissed

I. APPROXIMATE DATE OF DISPOSITION: ?

6

ADDitional

LIST ALL LAWSUITS YOU AND YOUR CO-PLAINTIFFS, IF ANY HAVE FILED IN ANY STATE OR FEDERAL COURT IN THE UNITED STATES:

A. NAME OF CASE AND DOCKET NUMBER: Williams v. the Village of Oak Park, et al, Case # 16-CV-06084.

B. APPROXIMATE DATE OF FILING LAWSUIT: 2016

C. LIST ALL PLAINTIFFS: John Williams

D. LIST ALL DEFENDANT: ? Dont Recall Names

E. COURT IN WHICH THE LAWSUIT WAS FILED, IF FEDERAL COURT NAME OF DISTRICT: IF STATE COURT NAME COUNTY. N.D. Ill

F. NAME OF JUDGE TO WHOM THE CASE WAS ASSIGNED Judge: Castillo J

G. BASIC CLAIM ? due Process

H. DISPOSITION OF CASE ?

I. APPROXIMATE DATE OF DISPOSITION ?

4

ADDitional

LIST ALL LAWSUITS YOU AND YOUR CO-PLAINTIFFS, IF ANY HAVE FILED IN ANY STATE OR FEDERAL COURT IN THE UNITED STATES

A. NAME OF CASE AND DOCK# NUMBER ~~Violation of due process~~ Williams-V-Williamson NO: 1:24-CV-01190

B. APPROXIMATE DATE OF FILING LAWSUIT: ON OR About 3/3/24

C. LIST ALL PLAINTIFFS: John Williams

D. LIST ALL DEFENDANTS: Williamson, And officer John Rajon

E. COURT IN WHICH THE LAWSUIT WAS FILED, IF FEDREAL COURT NAME OF DISTRICT: IF STATE COURT NAME COUNTY: N.D. of Illinois

F. NAME OF JUDGE TO WHOM CASE WAS ASSIGNED Honorable Jeannice W. Appenteng

G. BASIC CLAIM MADE: Condition of the Jail.

H. DISPOSITION OF CASE: Case is still pending

I. APPROXIMATE DATE OF DISPOSITION: Still pending

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

THAT ON OR ABOUT MAY 9, 2023 I RECIEVED A CALL FROM A CLOSE FIREND, STATING I NEED TO TURN ON CHANNEL 7 NEWS, THAT POLICE OFFICERS HAVE A PHOTO OF ME AND SAYING THAT THEY ARE LOOKING FOR THIS INDEVIDUAL IN CONNECTION WITH THE HOME INVASION OF 2 CHICAGO POLICE OFFICERS HOME WERE THEIR 70 OR 80 YEAR OLD WAS BEATING AND THROWN OUT OF A SECOND FLOOR WINDOW DURING THE HOME INVASION.

I THEN RECIEVED A TEXT, STATING GO TO U-TUB, THEY GOT YOUR PHOTO. THEY ARE TRYING TO SAY YOU, COMMITTED A HOME-INVASION ON A 80 YEAR OLD LADY, AND THROWN HER OUT OF A SECOND FLOOR WINDOW. IT GO TO SAY, YOUR PHOTO IS ALL OVER THE MEDIA. AND FOR ME TO BE CAREFUL.

I THEN WENT TO U-TUB WERE, I LOOKED AT THE VIDEO FOOTAGE CHANNEL 7 NEWS WAS SHOWING.

① IN VIDEO FOOTAGE #1 CHANNEL 7 NEWS SHOWED ME, FROM A CHICAGO POLICE OVERHEAD CAMERA WALKING DOWN THE STREET COMING FROM A STORE, EATING A BAG OF CHIPS WHERING NO MASK, NO GLOVES, DOING NOTHING ~~OFF-OF~~

4                                                                                      Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNUSEAL, JUST WALKING DOWN THE STREET. NO WERE NEAR THE CRIME SCENE. THE NEXT FOOTAGE, IS "FOOTAGE FROM THE CRIME SCENE" ② IT IS VIDEO COVERAGE THAT WAS RECORDED FROM A HOME SECURITY SYSTEM CAMERA, LIKE ONE THAT GOES ON THE GARRAGE FOR SECURITY, THAT GIVES VIEW OF THE ALLEY. AS WELL IN THE SECOND FOOTAGE AND JUST SECONDS AFTER SHOWING A INLARGED IMAGE OF MY FACE. THE FOOTAGE GO ON TO SHOW SILHOUETT OF INDEVIDUAL WALKING A CROSS A ALLEY, AS IF THIS CAREING SOMETHING IN HIS HANDS, A BOX OR SOME THING, AS HE WAS LEAVING THE CRIME SCENE. IN THIS SECOND FOOTAGE, THIS IS WERE A CONSPIRACY CONSPIRED, WERE OFFICERS TOOK A ORDINIVARY PHOTO OF ME FROM A CHICAGO POLICE OVERHEAD STREET CAMERA, THAT WAS NO WERE NEAR THE CRIME SCENE," IN THE SECOND FOOTAGE, THAT SHOWED A SILHOUETT IMAGE, YOU COULD NOT TELL IF IT WAS A MAN OR WOMAN, WHITE OR BLACK, NOR CAN THE CLOTHING THE INDEVDUAL WAS WERING BE IDENITIFIED. CHANNEL 7 CONTENUE TO SHOW A ③ THIRD VIDEO FOOTAGE. IT SHOWED ME AGAIN, AS THEY AGAIN USED CHICAGO POLICE OVERHEAD CAMERA, THIS FOOTAGE TOO WAS NO WERE NEAR THE CRIME SCENE, IT SHOWED ME JUST WALKING DOWN THE STREET, AGAIN WEREING NO FACE MASK OR GLOVES AND CARING NOTHING.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

= ADDITIONAL =

IN THE FORTH FOOTAGE." THIS IS OF PARAMOUNT IMPORTANCE FOR ITS THE LEADING FACTOR IN THE DAMAGING OF DEFAMATION, WHEN CHANNEL 7 NEWS WENT TO SHOW A NEWS CONFERANCE THAT WAS HELD ON THE BACK OR FRONT PORCH OF THE OFFICER HOME, WHERE OFFICER #1 WENT ON TO SAY, DURING THE LIVE NEWS CONFERANCE, ~~WE~~ "HE NEEDS THE PUBLICS HELP IN BRINGING THIS MONSTER IN, THAT WE NEED TO GET HIM OUT OF OUR COMMUNITY, CAUSE HE'S A MONSTER, HE THROUGH MY BEAT AN 80 YEAR OLD MOTHER OUT OF A SECOND FLOOR WINDOW." SAYING THIS AS HE STOOD ON HIS PORCH WITH ABOUT FOUR OR FIVE OTHER CHICAGO POLICE OFFICER'S, HE CONTEUE SAYING, HE NEED THE PUBLIC HELP SO, THAT HE CAN GET THIS MONSTER OUT OF THIS COMMUNITY, AND GET OFF THE STREETS, IF YOU KNOW HIM CALL POLICE. SHOWING A MOTHER" ENLARGEMENT PHOTO OF MY FACE "I NEVER TOOK OFF OR JERKED TO RUN, I JUST TOLD EVERYONE I DID NOT DO IT, I STAYED IN MY SAME APARMENT, ON OR ABOUT MAY 19 AS I CAME OUT OF MY APARMENT AND WAS WALKING DOWN THE STREET CHICAGO POLICE CAME FROM EVERY WHERE, TOOK ME TO THE POLICE STATION ON 78TH AND HALSTED, AS I WAS SITTING IN THE POLICE INTERROGATION ROOM A #2 OFFICER CAME IN AND DEMAND ME TO HOLD MY HEAD UP,

1

ADDITIONAL
2

SO HE COULD SEE MY FACE AND TAKE A PHOTO WITH HIS PHONE, I TOLD HIM I'AM NOT GOING TO DO THAT. BECAUSE THAT WOULD BE, SUGGUSETIVE IDENTIFICATION. HE ORDER ME AGAIN, I REFUSED, AS HE WAS WALKING OUT OF THE INTA- RROGATION ROOM. HE STATED YOU LUCKY I DIDNT GET YOU FIRST... I THEN TOOK TO 111TH STREET POLICE STATION A STATES ATTORNEY CAME IN TO TALK TO ME, I TOLD HER I DONT KNOW ANY THING ABOUT IT AND THAT I WOULD LIKE TO TALK TO A ATTORNEY. I WAS THEN TRANS- PORTED BACK TO 7TH HALSTED POLICE STATION, WERE I WAS ONLY CHARGED WITH A DRUG CHARG THAT WAS LATER DIS- MISSED. ON JUN 3, 2023 I WAS RELEASED, HOWEVER ON OR ABOUT JUN 6 AS I WAS RETURNING HOME FROM WORK 3 GUYS CAME UP TO ME, ONE OF THEM ASKED ME, DONT I KNOW YOU, BEFORE I COULD SAY ANY THING I WAS STRUCK STRUCK IN THE FACE THEN BEATEN BY ALL THREE 3 YOUNG MEN, TILL A POST MAN, STOPED THEM BY THREATEN TO SPRA SPRAY THEM WITH MACE, I GOT UP AN RAN, AS THEY WAS SAYING THIS IS THE GUY THAT BEAT THE OLD LADY AN THROUGH HER OUT THE WINDOW. I DIDNT CALL THE POLICE I DID NOT THINK THEY WOULD HELP ME. THE NEXT INCERDENT CAME ON OR ABOUT JUN 15, OR SO OF 2023, DO TO HOW EVERY ONE ON MY BB BLOCK WAS LOOK AT ME AND SOME SAYING "THAT I WAS OUT ON BOND"

ADDITIONAL

3

I HAD STARTED COMING IN AND OUT OF MY APARTM-
ENTS BACK DOOR. ON THIS DAY I NOTICE A CAR COMING
UP EAST DOWN THE ALLEY AS I WAS GOING THROUGH MY
BACK ENTRANCE OF THE BUILDEN, THE CAR STOPED AN
SOMEONE WITH IN THE CAR STARTED SHOOTING FROM THE
CAR AND SAYING YOU'RE DEAD. I GOT WHAT I CAN CARRY
AND NEVER WENT BACK.
I WAS LOCKED UP AS I WAS HOMELESS, IN JULY 2023
LOST ALL I HAD. TV, EVERYTHING

" LAST BUT IS OF PARAMOUNT IMPORTANCE
DUE TO THE FACT THAT I AM IN CUSTODY, I HAVE BEEN
UNABLE TO FILNE THE NAME OF THESE 2 OFFICERS
THAT ARE UNNAMED ON THIS COMPLAINT "
THE PLAINTIFF NOW REQUEST A EXTENSION OF TIME
SO THAT HE CAN NAME THE TWO UNNAMED DEFENDANTS
OFFICERS BEFORE EXPIRATION OF STATUTE OF
LIMITATION." PERHAPS CHANNEL 7 NEWS OR CHICAGO
POLICE DEPARTMENT CAN NAME THESE CHICAGO POLICE
# "Request for Extension of Statute of
Limitation, so that plaintiff can name unnamed
before Statute Expiration?

Thank you

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.** **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

for all that I have lost, and went through, I would like for This Court to Award me one million $1,000,000, or what this court see best.

**VI.** The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20 25

_John Williams_
(Signature of plaintiff or plaintiffs)

_John Williams_
(Print name)

_# 2023071505_7
(I.D. Number)

_Cook County Jail_
_2700 S California ave_
_Chicago Il, 60608_
(Address)

John Williams # 20230305 7
Cook County Jail
2700 S California Ave
Chicago, IL 60608




RECEIVED

MAR 03 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



03/03/2025-15

Clerk: of U.S. District Court
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604